UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **September 12, 2025** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person     ☒ Video Conference     ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-119 (SJB)(LGD)** |
| **NAME OF CASE(S):** | Pollard v. Sealift Inc. et al |
| **FOR PLAINTIFF(S):** | Adam Eugene Diaz |
| **FOR DEFENDANT(S):** | John F. Karpousis |
| **NEXT CONFERENCE(S):** | February 6, 2026 at 2:00PM via Teleconference |
| **FTR/COURT REPORTER:** | 11:01-11:14, via Zoom. |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for all sides present.

The parties' proposed schedule (DE 13) is APPROVED. The Court sets the following deadlines: (1) completion of preliminary discovery by **11/12/2025**; (2) completion of fact discovery by **2/20/2026**; (3) exchange of expert reports by **3/13/2026**; (4) completion of expert discovery by **4/30/2026**; (5) completion of all discovery by **4/30/2026**; and (6) the final date to take the first step in dispositive motion practice consistent with the Individual Practice Rules of District Judge Sanket J. Bulsara shall be **5/15/2026**. Additionally, any motion to amend the pleadings to add claims or join additional parties shall be filed by **12/15/2025**. Any such motion filed on or after 12/16/2025 will be denied absent a showing of cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F.4th 95, 115 (2d Cir. 2021).

The parties shall submit a joint status report by **10/31/2025**.

The Court will hold a Status Conference on **2/4/2026 at 2:00 PM** via teleconference. The Court will provide a dial-in number in advance of the Status Conference.

<div align="right">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>